# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0634

VERSUS

LATONYA HARRIS

**JULY 27, 2026**

---

In Re:  Latonya Harris, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 871360.

---

**BEFORE:  PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the bill of information, the **Boykin** transcript, the criminal court minutes, and any other pertinent documents from the district court record that might support her claims. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application shall be filed on or before October 28, 2026. Any future filing on the issues presented herein must include the entire contents of this application, the missing items noted above, and a copy of this ruling. The party seeking relief is responsible for filing and attaching all documents and exhibits in connection with an application for writs. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-5.

**AHP**
**HG**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT